UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2270(DSD/JMM)

Michel Sales Company, et al.,

Plaintiffs,

v.

**ORDER OF DISMISSAL**

Sta-Rite Industries, Inc.,

Defendant.

Based on this court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed for lack of prosecution.

Dated: February 28, 2001

David S. Doty, Judge
United States District Court

FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd 2-28-01
Deputy Clerk's Initials ______